23762

In re ESTATE OF Ervin CLARK, Deceased. Annie Belle CLARK, Petitioner v. Ethel Chambers CLARK, Respondent.

(427 S.E. (2d) 634)

Supreme Court

*William L. Runyon, Jr.,* Charleston, *for petitioner.*

*John M. Bleeker, Jr.,* Charleston, *for respondent.*

Heard Nov. 17, 1992.

Decided Dec. 14, 1992.

*Per Curiam:*

We granted certiorari to review the decision of the Court of Appeals in *Estate of Ervin Clark, Deceased; Clark v. Clark,* Op. No. 92-UP-020 (S.C. Ct. App. filed January 16, 1992). After review, we dismiss the writ as improvidently granted.